

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE LUIS DIAZ, M.D., | § | |
| INDIVIDUALLY AND D/B/A JOSE | | No. 08-12-00084-CV |
| LUIS DIAZ, M.D., P.A., | § | |
| | | Appeal from the |
| Appellant, | § | |
| | | 448th Judicial District Court |
| v. | § | |
| | | of El Paso County, Texas |
| JOSIE GARMON, | § | |
| | | (TC# 2008-1183) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the joint motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed without prejudice. We therefore dismiss the appeal without prejudice. We further order the parties shall bear their own costs, and this decision be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF MAY, 2013.


GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.